**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**JAMES PETERS,**

     **Plaintiff,**

**vs.**                                  **CASE NO. 1:08CV09-SPM/AK**

**JEFF'S NEW YORK DELI,**
**et al,**

     **Defendants.**

_____/


**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion for

Extension of Time to Hold Case Management Conference.  (Doc. 14).  Having

considered said motion, the Court is of the opinion that it should be **GRANTED**, and the

attorney conference set by the Initial Scheduling Order (doc.11) shall be conducted on

or before **March 21, 2008.**  The Joint Report shall be filed within fourteen (14) days

thereafter.

     **DONE AND ORDERED** this 7th day of March, 2008.




                          S/ A Kornblum
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**