IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES PETERS,

    Plaintiff,

v.                                    CASE NO. 1:08-cv-9-SPM/AK

JEFF'S NEW YORK DELI, LLC,
AND JEFF W. SHERMAN,

    Defendants.
_____/

## O R D E R

This cause is before the Court on Plaintiff's suggestion of bankruptcy regarding instant Defendants who have sought bankruptcy protection in the United States Bankruptcy Court for the Northern District of Florida. According to Plaintiff, the automatic stay provisions of 11 U.S.C. § 362 apply, and therefore, this action will be **STAYED** pending the outcome of the bankruptcy. Plaintiff shall file periodic reports every 120 days advising the Court of the status of the bankruptcy proceedings. The first report is due no later than **July 6, 2009.**

**DONE AND ORDERED** this __6th__ day of April, 2009.

                    *s/ A. KORNBLUM*
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**