IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES PETERS,

    Plaintiff,

v.                                    CASE NO.: 1:08cv09-SPM-AK

JEFF'S NEW YORK DELLI, LLC
a Florida Limited Liability Company,
and JEFF W. SHERMAN,

    Defendants.
_____/

**ORDER GRANTING MOTION TO WITHDRAW
AND DIRECTING PLAINTIFF TO FILE RESPONSE**

       This cause comes before the Court on the Motion to Withdraw as Counsel of Record for Plaintiff. Doc. 46. Plaintiff's counsel, K.E. Pantas, states that withdrawal is necessary because of his health issues. Plaintiff has been provided notice of the intent to withdraw. No objections have been filed by Plaintiff or Defendant. Based on the foregoing, it is

       ORDERED AND ADJUDGED:

       1.      The Motion to Withdraw as Counsel of Record for Plaintiff (doc. 46) is granted.

       2.      Attorney Konstantine Eleftherios Pantas and the Pantas Law Firm

P.A. are relieved of further responsibility as counsel for Plaintiff in this case.

3. The clerk shall send a copy of this order to Plaintiff James Peters, 3558 Phillips Highway, Jacksonville, Florida 32227, by regular mail and certified mail with return receipt requested.

4. On or before July 21, 2010, Plaintiff James Peters shall respond to this order by (1) filing a notice of appearance by his new lawyer, or (2) filing a request for more time to find a new lawyer along with a explanation of why additional time is needed, or (3) filing a written notice stating that he will proceed *pro se*, that is, to represent himself in this case. If Plaintiff fails to file a response as ordered by July 21, 2010, this case will be dismissed without prejudice for failure to prosecute and failure to comply with a court order.

DONE AND ORDERED this 30th day of June, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge